IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATRICIA WORD                                                           PLAINTIFF

v.                                              CAUSE NO. 1:18-CV-0197-MPM-DAS

SADDLE CREEK CORPORATION,
SADDLE CREEK LOGISTICS SERVICES
 and JOHN DOES 1-5                                                      DEFENDANTS

TRUMBULL INSURANCE COMPANY                                             INTERVENOR

**AGREED ORDER GRANTING UNOPPOSED MOTION TO APPROVE
SETTLEMENT AND JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the Unopposed Motion of Plaintiff, Patricia Word,

to Approve a Settlement pursuant to Miss. Code Ann. § 71-3-71 and for Judgment of Dismissal

with Prejudice. After having considered the Motion and being advised that all parties are in

agreement, the Court finds the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff is hereby authorized

and directed to accept the sum of $125,000.00 from Defendants, Saddle Creek Corporation and

Saddle Creek Logistics Services ("Defendants"), in full compromise, settlement, accord, and

satisfaction of any and all claims and demands which Plaintiff may now or hereafter have against

Defendants and all parties in privity of interest with them arising from the subject incident and

alleged injuries incurred by Plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that Intervenor, Trumbull Insurance

Company, Hartford Insurance Company of the Midwest, and/or Property and Casualty Insurance

Company of Hartford ("Hartford"), is hereby authorized to accept the sum of $20,000.00 from the

total settlement amount in full compromise, settlement, accord, and satisfaction of its statutory lien

under the provisions of the Mississippi Workers' Compensation Act and any and all claims

Hartford may have against Defendants for benefits previously paid or future benefits paid to for, or on behalf of Plaintiff in connection with the subject incident and alleged injuries incurred by Plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is hereby authorized and directed to execute and deliver a full and final release as may be required by Defendants and Hartford evidencing her full release, discharge, and acquittance for the subject accident and alleged injuries.

**IT IS FURTHER ORDERED AND ADJUDGED** that Hartford is authorized to execute and deliver such full and final release as may be required by Defendants evidencing its full release, discharge, and acquittance for benefits previously paid or future benefits to be paid to Plaintiff pursuant to the Mississippi Workers' Compensation Act or otherwise on account of the subject accident and alleged injuries.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is hereby authorized and directed to distribute the settlement proceeds in the following order: 1) Attorney's fees and expenses; 2) $20,000 to Hartford; 3) $9,919.67 to the Medicare set aside; and 4) Plaintiff is authorized to retain the remainder of the settlement funds.

**IT IS FURTHER ORDERED AND ADJUDGED** that upon payment of the settlement as noted above, Saddle Creek Corporation, Saddle Creek Logistics Services, Burke's Outlet, LLC, Beall's, Inc., Hartford, and Sedgwick Claims Management Services, Inc. are fully and completely released and discharged of all liability and responsibility arising from or related to the incident in question, including, but not limited to, the claims asserted in this litigation and all claims asserted in the worker's compensation claim by Plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that this matter be and the same is hereby fully, finally, and completely dismissed with prejudice with the parties to bear their own respective costs.

**SO ORDERED AND ADJUDGED** this the 16th day of August 2021.

/**s**/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**